## Mizener's Estate.

PER CURIAM, February 28, 1919:

When this appeal was called for argument it was agreed by counsel that the same questions and those only, were involved in an appeal then pending in the Supreme Court, No. 26, January Term, 1918, which has since been decided in an opinion by FRAZER, J., filed July 17, 1918, (262 Pa. 62), and for the reasons therein given the order made is hereby adopted as the judgment of this court, in so far as it affects the appellants in this case. See order of Supreme Court.

Judgment reversed.